Brian S. King, Esq. (*pro hac vice*)
**BRIAN S. KING, P.C.**
420 E South Temple, Ste 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.C., J.C., <br><br> Plaintiffs, <br> v. <br><br> CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA, <br><br> Defendant. | Case No. 3:21-cv-05832 – JD <br><br> Hon. James Donato <br><br> **JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE DECEMBER 1, 2022 MOTION HEARING** |

Plaintiffs and defendant California Physicians' Service dba Blue Shield of California, through their undersigned counsel, hereby notify the Court that the parties have reached a confidential settlement of all claims in this case. The parties' settlement is contingent upon execution of a formal settlement agreement and upon completion of specified conditions. The parties anticipate filing a stipulation of dismissal within sixty (60) days of the date of this Notice.

The parties therefore jointly and respectfully request that the Court (1) vacate the hearing on Plaintiffs' Motion for Summary Judgment (ECF No. 60) on December 1, 2022 at 10:00 a.m., and (2) set

a deadline on or about January 23, 2023 for the parties to file a joint status report if no stipulation of dismissal has been filed by that date.

Dated: November 23, 2022

**BRIAN S. KING, P.C.**

By: /s/ *Brian S. King*
Attorneys for Plaintiffs C.C. and J.C.

Brian S. King, Esq.
brian@briansking.com
**BRIAN S. KING, P.C.**
420 E South Temple, Ste 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Dated: November 23, 2022

MANATT, PHELPS & PHILLIPS, LLP

By:/s/ Joseph E. Laska*
Joseph E. Laska
Nathaniel A. Cohen
Attorneys for Defendant
CALIFORNIA PHYSICIANS' SERVICE
dba BLUE SHIELD OF CALIFORNIA

*Under Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.